

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SYLVESTER JUAQUEE,

v.

PIKE COUNTY CORRECTIONAL
FACILITY EMPLOYEES, et al.,

CIVIL ACTION

No. 12-832

## ORDER

AND NOW, this ___ day of May, 2012, upon consideration of the Defendants' Motion to Transfer Venue to the Middle District (Docket No. 10), and the brief in support thereof, IT IS HEREBY ORDERED, for the reasons stated in the accompanying memorandum of law, that the Defendants' Motion to Transfer Venue to the Middle District is GRANTED. IT IS FURTHER ORDERED that this case is TRANSFERRED to the U.S. District Court for the Middle District of Pennsylvania.

BY THE COURT:

MARY A. McLAUGHLIN, J.